UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GINSBURG DEVELOPMENT COMPANIES
                            Appellant,

                                                                09 civ 3765 (JGK)

          -against-

KENNETH P. SILVERMAN
                         Appellee,
-------------------------------------------------------------X
JOHN G. KOELTL, DISTRICT JUDGE:

     A bankruptcy appeal in this action has been filed with the Court.

     It is hereby ordered that:

     1) The appellant shall serve and file a brief with any supporting papers by **May 28, 2009.**

     2) Response(s) to the appellant's brief shall be served and filed by **June 18, 2009.**

     3) Any replies to the response(s) shall be served and filed by **July 6, 2009.**

     The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          April 30, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-09